UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Docket No. 20-cr-10003-DPW |
| ) | |
| ) | |
| ) | |
| DOMINICK BAILEY ) | |

### DEFENDANT'S ASSENTED TO EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE

The Defendant, Dominick Bailey ("Mr. Bailey"), is currently under electronic monitoring pursuant to an order of home incarceration. He wears a location monitoring device on his ankle as part of his conditions of release. Mr. Bailey's doctor has scheduled him for an MRI at Dartmouth Hitchcock Health on the morning of April 14, 2022. The location monitoring device cannot be worn during the procedure.

As such, Mr. Bailey respectfully moves this court to modify his conditions of release, allowing for the temporary removal of his location monitoring transmitter prior to the procedure on April 14, 2022. Mr. Bailey will report to his probation officer to have the location monitoring device reattached on the same day as the procedure, or if not possible, the following day.

All other conditions of release remain the same. The ASUA Philip Cheng and U.S. Probation Officer Romina Chorres assent to this request.

Wherefore, Mr. Bailey requests the relief requested.

Respectfully submitted,
DOMINICK BAILEY
By his attorney,

*/s/ Mark D. Smith*

Mark D. Smith  
B.B.O.# 542676  
Laredo & Smith, LLP  
101 Federal Street, Suite 650  
Boston, MA 02110  
Tel: 617-443-1100  
smith@laredosmith.com

Date: April 7, 2022

## CERTIFICATE OF SERVICE

    I, Mark D. Smith, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on April 7, 2022.

                                       */s/ Mark D. Smith*  
                                       Mark D. Smith

4882-7251-7381, v. 1